UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TURK, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

-against-

CARLOTZ, INC. et al.,

                    Defendants.

21-CV-6627 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 31, 2021, this case was consolidated under the lead case 21cv5906. Dkt. 8. By July 12, 2024, the parties should submit a letter indicating whether this case can be closed. If no letter is received, the Court will close this case.

SO ORDERED.

Dated: July 10, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge