UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL TURK, *individually and on behalf of all others similarly situated*,<br><br>       Plaintiff,<br><br>  -against-<br><br>CARLOTZ, INC. et al.,<br><br>       Defendants. | 21-CV-6627 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On August 31, 2021, this case was consolidated under the lead case 21cv5906. Dkt. 8.

The Court previously indicated that it would close this case if no letter was received by July 12, 2024, asking the Court to keep this case open. The Court did not receive any such letter.

The Clerk of Court is directed to CLOSE this case.

SO ORDERED.

Dated: July 16, 2024
   New York, New York

                  _____
                    ARUN SUBRAMANIAN
                    United States District Judge